```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
GEORGE PANTOJA,                     :      08 Civ. 7535 (LAP)
                                    :
                  Plaintiff,        :      ORDER
                                    :
      v.                            :
                                    :
NEW YORK STATE DIVISION OF PAROLE,  :
S.P.O. P. Murphy, P.O. S. Bailey,   :
P.O. Perez,                         :
                  Defendants.       :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.


     On March 31, 2009, Magistrate Judge Peck issued a Report and Recommendation dismissing Plaintiff's case with prejudice for failure to appear for his deposition and for court hearings, failure to prosecute and failure to obey Court orders. Objections to that Report and Recommendation were due on April 14, 2009. Having received no objections and finding Judge Peck's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

DATED:     New York, New York
           April 23, 2009

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

2